UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| LAUREN EWING, | ) |
| *Plaintiff,* | ) |
| | ) Case No. 4:23-cv-60 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| SCIPLAY CORP. and SCIPLAY GAMES, LLC, | ) |
| | ) Magistrate Judge Susan K. Lee |
| *Defendants.* | ) |

## JUDGMENT ORDER

Before the Court is Plaintiff's motion to remand the case to the Circuit Court for Coffee County, Tennessee for lack of subject matter jurisdiction (Doc. 20).

Defendants removed the case on the grounds that the Court has traditional diversity jurisdiction under 28 U.S.C. § 1332(a) and jurisdiction under the Class Action Fairness Act ("CAFA") pursuant to 28 U.S.C. § 1332(d)(1), (2), and (5). (Doc. 1 ¶¶ 16, 27.) Plaintiff moved for remand, arguing the amount in controversy does not exceed $75,000, and the action is not a class action under CAFA. (Doc. 20 ¶ 31.) Defendants responded in opposition (Doc. 32) and Plaintiff replied (Doc. 35). Defendants have also moved for a hearing on the motion. (Doc. 33.)

For the reasons set out in the accompanying memorandum, the Court **GRANTS** Plaintiff's motion to remand (Doc. 20). Because a hearing is not necessary to resolve the motion to remand, the Court **DENIES** Defendants' motion for hearing (Doc. 33). The Court **REMANDS** this case to the Circuit Court for Coffee County, Tennessee. The Clerk of Court is **DIRECTED** to **TERMINATE** all pending motions.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ *LeAnna R. Wilson*
  CLERK OF COURT