UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| LAUREN EWING, | ) |
| *Plaintiff,* | ) ) ) Case No. 4:23-cv-60 |
| v. | ) ) Judge Curtis L. Collier |
| SCIPLAY CORP. and SCIPLAY GAMES, LLC, | ) ) Magistrate Judge Susan K. Lee |
| *Defendants.* | ) ) |

# **O R D E R**

Before the Court is Defendants' unopposed motion to stay the Court's order to remand the case to the Circuit Court for Coffee County, Tennessee (the "State Court") until the Court of Appeals for the Sixth Circuit fully disposes of the petition to appeal. (Doc. 48).

Defendants removed the case on the grounds that the Court has traditional diversity jurisdiction under 28 U.S.C. § 1332(a) and jurisdiction under the Class Action Fairness Act ("CAFA") pursuant to 28 U.S.C. § 1332(d)(1), (2), and (5). (Doc. 1 ¶¶ 16, 27–28.) Plaintiff moved for remand (Doc. 20) and on September 26, 2024, the Court remanded the case to State Court. (Doc. 45.) On October 8, 2024, Defendants filed a petition for permission to appeal the Court's remand order pursuant to 28 U.S.C. § 1453(c)(1). (Permission for Leave to Appeal Dktd., *In re: SciPlay Corp. et al.*, No. 24-0506 (6th Cir. Oct. 8, 2024)).

For the reasons set out in the accompanying memorandum, the Court **GRANTS** Defendants' motion (Doc. 48). The Court's order to remand the case to State Court (Doc. 45) is **STAYED** until the earlier of the following occurs: (1) the Court of Appeals denies Defendants' Petition to Appeal, or (2) the Court of Appeals rules on the merits of the appeal.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**